```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
DOUGLAS BRIANT,                             :
                                            :
                Plaintiff,                  :    CASE NO.: 19-cv-09479-PGG
                                            :
        v.                                  :
                                            :
PIVOTAL SOFTWARE, INC., PAUL                :
MARITZ, ROBERT MEE, MICHAEL S.              :
DELL, EGON DURBAN, WILLIAM D.               :
GREEN, MARCY S. KLEVORN,                    :
MADELYN LANKTON, and ZANE                   :
ROWE,                                       :
                                            :
                Defendants.                 :
------------------------------------------- X
```

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: January 7, 2020                      Respectfully Submitted,

                                            **MONTEVERDE & ASSOCIATES PC**

                                            /s/ Juan E. Monteverde
                                            Juan E. Monteverde (JM-8169)
                                            The Empire State Building
                                            350 Fifth Avenue, Suite 4405
                                            New York, New York 10118
                                            Tel: 212-971-1341
                                            Fax: 212-202-7880

                                            *Attorney for Plaintiff*